# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Craig P. Goetz, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-14-499-PHX-JAT |
| | ) | |
| v. | ) | |
| | ) | |
| Carson Smithfield, LLC, | ) | |
| | ) | |
| Defendants(s). | ) | |

\_\_\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 26, 2014, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

                                                         BRIAN D. KARTH
                                                         District Court Executive/Clerk

April 11, 2014

                                                         s/L. Dixon
                                                         By: Deputy Clerk

cc: (all counsel)